# EXHIBIT 1



**U.S. Department of Justice**

Civil Rights Division

*Voting Section*
*950 Pennsylvania Ave, NW – 4CON*
*Washington, DC 20530*

July 11, 2025

Via Mail and Email
Monica Evans
Executive Director, Board of Elections
1015 Half Street S.E., Suite 750
Washington, DC 20003
mevans@dcboe.org

Dear Ms. Evans:

We write to you as the chief election official for the District of Columbia to request information regarding your procedures for complying with the statewide voter registration list maintenance provisions of the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501 et seq.

Please provide a list of the election officials who are responsible for implementing the District of Columbia's general program of voter registration list maintenance from November 2022 through receipt of this letter, including those responsible officials not employed by your office (such as local election officials) who are also involved in that effort. Please also provide a description of the steps that you have taken, and when those steps were taken, to ensure that the District of Columbia's list maintenance program has been properly carried out in full compliance with the NVRA.

The NVRA requires each state and the District of Columbia to make available for inspection "all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters." 52 U.S.C. § 20507(i)(1). Section 11 of the NVRA authorizes the Attorney General to bring NVRA enforcement actions. *See* 52 U.S.C. § 20510.

Pursuant to Section 20507(i) of the NVRA, the Attorney General requests that you produce for inspection the following records:

1. The current electronic copy of the District of Columbia's computerized statewide voter registration list ("statewide voter registration list") as required by Section 303(a) of the Help America Vote Act. Please include all fields contained within the list. Please produce each list in a .xls, .csv, or delimited-text file format. Please specify what delimiter is used, if applicable, or provide a file layout along with a database user manual, coding list, or other materials that define or explain how a voter record is coded into the statewide voter registration list and reported in the electronic copy of the statewide voter registration list.

Additionally, please provide the following information in electronic form. The time period for these requests is close of registration for the November 2022 general election through the close of registration for the November 2024 general election, the same time period as the most recent report from the Election Assistance Commission's Election Administration and Voting Survey ("EAVS"). If you are unable to provide the data, please explain why the data is not available.

1. A review of the most recent report from EAVS report indicates that in response to Question A1b, there are nearly as many registered voters listed as active as the citizen voting age population in the District, with a registration rate in 2024 of 92.4 percent of the citizen voting age population. Furthermore, the EAVS report indicates that the ratio of registered voters to citizen voting age population has been unusually high for several years, with the District reporting a registration rate of 101.2 percent of citizen voting age population in 2022 and 96.5 percent in 2020. Please explain what actions the District is taking to ensure that voters who should not be on the voter roll are being removed.

2. In the EAVS data for Question A1c, the District reported having 142,935 inactive voter registrations, or 23.3 percent of total voter registrations; that percentage is more than two and one-half times the national average for 2024. The District reported an even higher percentage, 24.6 percent, in 2022. Please explain what actions the District is taking to reduce the number of inactive voter registrations.

3. In the EAVS data for Question A3d, the District reported 1,803 voters (1.5 percent) with duplicate registrations, which was well below the national average of 12.7 percent. Please provide a list of all registrations that were cancelled based on the determination that they were duplicate registration records. If the records were merged, please provide that information.

4. Data in EAVS for Question A10a shows that the percentage of confirmation notices issued to registered voters, 91.3 percent is well above the national average of 19.5 percent. Please explain why you sent notices to 91.3 percent of the total number of active voters in the District.

Please provide a description of the steps that the District of Columbia has taken, and when those steps were taken, to identify registered voters who are ineligible to vote as well as the procedures the District of Columbia used to remove those ineligible voters from the registration list. Please identify the number of registered voters identified as ineligible to vote for the time period of the close of registration for the November 2022 general election through present for each of the following reasons:

1. Non-citizen

2. Adjudicated incompetent

3. Felony conviction

For each of those voters identified in categories 1-3 above, provide all fields of their registration information on the statewide voter registration list, including their vote history.

Please provide this information within 14 days of the date of this letter. The information and materials may be sent by encrypted email to voting.section@usdoj.gov or via the Department's secure file-sharing system, Justice Enterprise File Sharing (JEFS).

Should further clarification be required, please contact Maureen Riordan at maureen.riordan2@usdoj.gov. We look forward to your assistance in advance.

Sincerely,

Michael E. Gates
Deputy Assistant Attorney General
Civil Rights Division

Maureen Riordan
Acting Chief, Voting Section
Civil Rights Division

cc:
Gary Thompson
Chairperson, Board of Elections
1015 Half Street S.E., Suite 750
Washington, DC  20003