# EXHIBIT 2



**DISTRICT OF COLUMBIA**
# BOARD OF ELECTIONS
**WASHINGTON, D.C. 20003-4733**



August 6, 2025

Michael E. Gates
Deputy Assistant Attorney General
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW – 4CON
Washington, DC 20530

Dear Mr. Gates:

We are in receipt of your letter dated July 11, 2025. In accordance with this request, and consistent with our commitment to transparency and compliance with the NVRA, we are providing materials covering the period from the close of registration for the November 2022 General Election through the close of registration for the November 2024 General Election. The information you have requested, and the responses thereto, are as follows:

**Please provide a list of the election officials who are responsible for implementing the District of Columbia's general program of voter registration list maintenance from November 2022 through receipt of this letter, including those responsible officials not employed by your office (such as local election officials) who are also involved in that effort. Please also provide a description of the steps that you have taken, and when those steps were taken, to ensure that the District of Columbia's list maintenance program has been properly carried out in full compliance with the NVRA.**

**Response:** Below is a list of officials who were responsible for implementing or supporting the District of Columbia's voter registration list maintenance program during the specified period and a description of the list maintenance steps.

| NAME | TITLE |
|---|---|
| Mohammed Maeruf | IT Supervisory Data Management Specialist |
| Yonatan Berhe | IT Data Management Specialist |
| Stacy Burrows | CISO |
| Delante Howard | Ballot Processing Program Manager/Registration Assistant |

The District of Columbia Board of Elections (DCBOE) implements a comprehensive and compliant voter list maintenance program to ensure that only eligible voters remain on the rolls. Pursuant to the National Voter Registration Act (NVRA), District law, and local regulations, DCBOE undertakes both routine and systematic efforts to identify and remove ineligible voters.

Key actions taken from the close of registration for the November 2022 General Election through the close of registration for the November 2024 General Election include:

- **2023 Biennial Mail Canvass**: In 2023, DCBOE conducted its required biennial canvass under D.C. Official Code § 1-1001.07(j) and 3 D.C. Municipal Regulation §518, mailing over 305,402 address confirmation postcards to voters who did not participate in the 2022 General Election. An additional 93,467 second mailers were sent to addresses from which the initial mail was returned as undeliverable.

- **Ongoing List Maintenance**: We engage in ongoing list maintenance. In the 2024 Primary and General Elections, DCBOE sent 30,006 additional confirmation postcards. Voters whose mail was returned as undeliverable and who failed to respond within 30 days were moved to inactive status. As a result of our list maintenance efforts, 103,347 voters were subsequently removed from the rolls and placed in an ineligible status.

- **2025 Biennial Mail Canvass:** For the 2025 canvass, DCBOE mailed over 153,407 address confirmation postcards to voters who did not participate in the 2024 General Election. An additional 21,983 second mailers were sent to addresses from which the initial mail was returned as undeliverable, which resulted in 18,863 voters being moved to inactive status. As part of our ongoing efforts, over 100,000 inactive voters are scheduled for removal as ineligible later this year.

- **Cross-Agency and Third-Party Data Integration**: DCBOE continuously receives and acts on data from the Department of Health (DOH) (deceased voters), the Department of Corrections (DOC) (incarcerated individuals), the Department of Motor Vehicles (DMV) (change-of-address data), and the Electronic Registration Information Center (ERIC), ensuring the timely identification and removal of voters who have died, moved out of the District, or otherwise become ineligible.

**The current electronic copy of the District of Columbia's computerized statewide voter registration list ("statewide voter registration List") as required by Section 303(a) of the Help America Vote Act. Please include all fields contained within the list. Please produce each list in a .xls, .csv, or delimited-text file format. Please specify what delimiter is used, if applicable, or provide a file layout along with a database user manual, coding list, or other materials that define or explain how a voter record is coded into the statewide voter registration list and reported in the electronic copy of the statewide voter registration list.**

**Response: Voter Registration List Attachment**

**A review of the most recent report from EAVS report indicates that in response to Question A1b, there are nearly as many registered voters listed as active as the citizen**

**voting age population in the District, with a registration rate in 2024 of 92.4 percent of the citizen voting age population. Furthermore, the EAVS report indicates that the ratio of registered voters to citizen voting age population has been unusually high for several years, with the District reporting a registration rate of 101.2 percent of citizen voting age population in 2022 and 96.5 percent in 2020. Please explain what actions the District is taking to ensure that voters who should not be on the voter roll are being removed.**

**Response:** DCBOE conducts systematic and continuous list maintenance to ensure the accuracy of the voter registration list.

### Biennial Mail Canvass (Systematic Program):
Under District law, in March of each odd-numbered year, DCBOE conducts a biennial mail canvass targeting voters who did not vote or update their address during the preceding general election. This canvass includes:

- Mailing a first-class, non-forwardable postcard to the last known residence address of all voters who did not vote in the prior general election.
- If mail is returned as undeliverable, a second forwardable postcard is sent to the voter.
- Voters who fail to respond to the second postcard within 30 days are moved to inactive status.
- If these voters remain inactive through two subsequent federal general elections, they are removed in compliance with the NVRA.

In addition to the biennial canvass, DCBOE conducts ongoing, year-round voter list maintenance using data from multiple sources, including National Change of Address (NCOA) from the U.S. Postal Service (NCOA), death records from the DOH, and address updates from the DMV. DCBOE also monitors data from the DOC and receives monthly reports from ERIC to identify voters who may have moved or died outside the District.

To further enhance the integrity of the voter registration list, the DCBOE is currently:
- Expanding data matching efforts with Experian to identify potentially outdated address records.
- Enhancing public outreach to encourage voters to update their registration information.
- Collaborating with other jurisdictions and ERIC to ensure timely removal of duplicate or out-of-state records.

**In the EAVS data for Question A1c, the District reported having 142,935 inactive voter registrations, or 23.3 percent of total voter registrations; that percentage is more than two and one-half times the national average for 2024. The District reported an even higher percentage, 24.6 percent, in 2022. Please explain what actions the District is taking to reduce the number of inactive voter registrations.**

**Response:** DCBOE conducts ongoing list maintenance throughout the year, not just during the biennial canvass. Our procedures include:

- **Change-of-Address Processing:** DCBOE receives updates from the NCOA database. Voters identified as having moved are sent confirmation notices. If they do not respond and do not vote in the subsequent two federal general elections, their records are eligible

for cancellation, per NVRA requirements.

- **Vital Records Matching:** Death records from the DOH/Vital Records through State and Territorial Exchange of Vital Events (STEVE) are routinely processed, and matching voter records are canceled.

- **Agency Data Sharing:** DCBOE partners with the DMV, the DOC and ERIC to identify voters who may have changed residency or become ineligible.

Many residents relocate without formally updating their voter registration, and under federal law, these voters cannot be immediately removed from the rolls unless they meet specific criteria.

DCBOE mailed 305,402 address confirmation notices in 2023 following the 2022 election, and 153,407 notices in 2025 following the 2024 election. As of October 15, 2024, DCBOE removed 103,347 inactive voters from the voter registry.

In addition, DCBOE is enhancing its outreach efforts by increasing direct communication with voters and launching educational campaigns that encourage individuals to update their registration information online or respond to address confirmation notices. Voters whose mail was returned as undeliverable and who failed to respond within 30 days were moved to inactive status. As a result of these efforts, 103,347 voters were subsequently removed from the rolls and placed in an ineligible status. Again, over 100,000 inactive voters are scheduled for removal later this year.

**In the EAVS data for Question A3d, the District reported 1,803 voters (1.5 percent) with duplicate registrations, which was well below the national average of 12.7 percent. Please provide a list of all registrations that were cancelled based on the determination that they were duplicate registration records. If the records were merged, please provide that information.**

**Response:** List of Cancelled Duplicate Registration Records

**Data in EAVS for Question A10a shows that the percentage of confirmation notices issued to registered voters, 91.3 percent is well above the national average of 19.5 percent. Please explain why you sent notices to 91.3 percent of the total number of active voters in the District.**

**Response:** EAVS reports that DC sent 428,875 confirmation notices. However, these notices were not sent to 428,875 unique voters. Confirmation notices are routinely sent as part of our ongoing list maintenance efforts to ensure the accuracy of the voter roll. The numbers reported are cumulative as some voters may have received multiple confirmation notices, which resulted in a high percentage of confirmation notices sent and, due to a lack of responses from voters, additional notices were sent.

**Please provide a description of the steps that the District of Columbia has taken, and when those steps were taken, to identify registered voters who are ineligible to vote as well as the procedures the District of Columbia used to remove those ineligible voters**

4

from the registration list. **Please identify the number of registered voters identified as ineligible to vote for the time period of the close of registration for the November 2022 general election through present for each of the following reasons:**

1. Non-citizen

2. Adjudicated incompetent

3. Felony conviction

**For each of those voters identified in categories 1-3 above, provide all fields of their registration information on the statewide voter registration list, including their vote history.**

**Response:** During the period in question, no voters were identified or removed due to non-citizenship, felony conviction, or adjudicated mental incompetence.

Sincerely,

Monica H. Evans

*Monica H. Evans*

Executive Director

5