HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

BRITTANY E. BENNETT
MEGAN FREDERICK
Trial Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4CON – Room 8.141
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO: |
| Plaintiff, | [PROPOSED] ORDER TO COMPEL THE PRODUCTION OF RECORDS PURSUANT TO 52 U.S.C. § 20701, *et seq.* |
| v. | |
| DISTRICT OF COLUMBIA BOARD OF ELECTIONS, MONICA H. EVANS, in her Official Capacity as Executive Director for the District of Columbia Board of Elections, GARY THOMPSON, in his official capacity for the District of Columbia Board of Elections as Chair and Member, and KARYN GREENFIELD, in her official capacity for the District of Columbia Board of Elections as Member, | |
| Defendants. | |

## ORDER TO COMPEL PRODUCTION

Upon the Request by the United States of America, the supporting Memorandum of Law, the supporting Declaration, and the arguments presented by counsel at hearing, it is hereby ORDERED:

1.  That the above-named Defendants shall show cause before this Court on_____ _____, 2025, at _____o'clock, in Department ____ of the _____Courthouse located at _____, District of Columbia _____ as to why an order should not be issued pursuant to 52 U.S.C § 20701, *et seq.*:

    a)  ordering Defendants to produce an electronic copy of the District of Columbia's districtwide Voter Registration List, and

    b)  ordering Defendants to produce the other documents demanded by the Attorney General to ascertain Defendants' compliance with federal law; specifically, the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501, *et seq*., and the Help America Vote Act of 2002 ("HAVA"), 52 U.S.C § 20901, *et seq*., and

    c)  requiring Defendants to submit electronically to the Attorney General, Civil Rights Division Voting Section, within 5 (five) days of this order, and for such other and further relief as may be just and proper; and

2.  That a copy of this Order be served upon Executive Director Monica Evans, Chair Gary Thompson, and Member Sylvia Goldsberry (collectively "Defendants") of the District of Columbia Board of Elections by email and U.S. mail to 1015 Half Street, SE #750, Washington, D.C. 20005;  and

3.  That Defendants, having been served by the Clerk of Court with Plaintiff's Request, Memorandum of Law, attachments, and Declaration via certified mail at the time of service of Summons and Complaint, shall file with this Court and serve any response addressing the issues raised in the Request seven (7) days prior to the hearing date; and

4.  That Plaintiff shall serve and file any reply thereto, one (1) day prior to the hearing date.

Entered this ___ day of _____, 2025.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT