HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

BRITTANY E. BENNETT
MEGAN FREDERICK
Trial Attorneys, Voting Section
Civil Rights Division

U.S. Department of Justice
4CON – Room 8.141
150 M Street NE
Washington, D.C. 20002
Telephone: (202) 304-2927
Email: Megan.Frederick@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA BOARD OF ELECTIONS; MONICA H. EVANS, in her Official Capacity as Executive Director for the District of Columbia Board of Elections; GARY THOMPSON, in his official capacity for the District of Columbia Board of Elections as Chair and Member; and KARYN GREENFIELD, in her official capacity for the District of Columbia Board of Elections as Member,<br><br>Defendants. | CASE NO: 1:25-cv-04403<br><br>NOTICE OF ERRATA RE: COMPLAINT, MOTION, AND MEMORANDUM OF SUPPORT |
|---|---|

**NOTICE OF ERRATA RE: COMPLAINT, MOTION, AND MEMORANDUM OF SUPPORT**

Plaintiff United States of America gives notice that the Complaint filed on December 18, 2025 (Dkt.1) Motion to Compel Production of Records (Dkt. 2) and the Memorandum in Support of its Motion to Compel (Attachment 1) were draft versions of the Complaint, Motion to Compel Production of Records, and Memorandum in Support of its Motion to Compel. The correct documents are refiled herewith to resolve the error.

DATED: December 19, 2025                         Respectfully submitted,

                                                 HARMEET K. DHILLON
                                                 Assistant Attorney General
                                                 Civil Rights Division


                                                 /s/  *Brittany E. Bennett*
                                                 BRITTANY E. BENNETT
                                                 MEGAN FREDERICK
                                                 Trial Attorneys, Voting Section
                                                 Civil Rights Division
                                                 U.S. Department of Justice
                                                 4 Constitution Square
                                                 150 M Street NE, Room 8.137
                                                 Washington, D.C. 20002
                                                 Telephone: (202) 304-2927
                                                 Email: Megan.Frederick@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                                        */s/ Brittany E. Bennett*
                                                                        Megan Frederick
                                                                        Brittany E. Bennett
                                                                        Trial Attorneys, Voting Section
                                                                        Civil Rights Division
                                                                        U.S. Department of Justice
                                                                        4 Constitution Square
                                                                        150 M Street NE, Room 8.141
                                                                        Washington, D.C. 20002
                                                                        Telephone: (202) 304-2927
                                                                        Email: Brittany.bennett@usdoj.gov