HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

BRITTANY E. BENNETT
MEGAN FREDERICK
Trial Attorneys, Voting Section
Civil Rights Division

U.S. Department of Justice
4CON – Room 8.141
150 M Street NE
Washington, D.C. 20002
Telephone: (202) 304-2927
Email: Megan.Frederick@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | CASE NO: 1:25-cv-04403 |
|---|---|
| Plaintiff, | |
| v. | |
| DISTRICT OF COLUMBIA BOARD OF ELECTIONS; MONICA H. EVANS, in her Official Capacity as Executive Director for the District of Columbia Board of Elections; GARY THOMPSON, in his official capacity for the District of Columbia Board of Elections as Chair and Member; and KARYN GREENFIELD, in her official capacity for the District of Columbia Board of Elections as Member, | NOTICE OF ERRATA RE: SIGNATURE CHANGE TO COMPLAINT, MOTION, AND MEMORANDUM IN SUPPORT. |
| Defendants. | |

## NOTICE OF ERRATA RE: COMPLAINT, MOTION, AND MEMORANDUM OF SUPPORT

Plaintiff United States of America gives notice that the Complaint filed on December 18, 2025 (Dkt.1) Motion to Compel Production of Records (Dkt. 2) and the Memorandum in Support of its Motion to Compel (Attachment 1) were filed under signature of one of the trial attorneys on the documents.  At the Court's request, all signatures have been amended to Megan Frederick, who is and was at the time of filing on December 18, 2025 admitted to this Honorable Court. Attached are signature change to the Complaint, Motion to Compel Production of Records, and Memorandum in Support of its Motion to Compel. The correct documents are refiled herewith to resolve the error.

DATED: December 19, 2025                                    Respectfully submitted,


                                                        HARMEET K. DHILLON
                                                      Assistant Attorney General
                                                      Civil Rights Division


                                                      /s/   *Megan Frederick*
                                                      MEGAN FREDERICK
                                                      BRITTANY E. BENNETT
                                                      Trial Attorneys, Voting Section
                                                      Civil Rights Division
                                                      U.S. Department of Justice
                                                      4 Constitution Square
                                                      150 M Street NE, Room 8.137
                                                      Washington, D.C. 20002
                                                      Telephone: (202) 304-2927
                                                      Email: Megan.Frederick@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Megan Frederick*
Megan Frederick
Brittany E. Bennett
Trial Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.137
Washington, D.C. 20002
Telephone: (202) 304-2927
Email: Megan.Frederick@usdoj.gov