HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

BRITTANY E. BENNETT
MEGAN FREDERICK
Trial Attorneys, Voting Section
Civil Rights Division

U.S. Department of Justice
4CON – Room 8.141
150 M Street NE
Washington, D.C. 20002
Telephone: (202) 304-2927
Email: Megan.Frederick@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA BOARD OF ELECTIONS; MONICA H. EVANS, in her Official Capacity as Executive Director for the District of Columbia Board of Elections; GARY THOMPSON, in his official capacity for the District of Columbia Board of Elections as Chair and Member; and KARYN GREENFIELD, in her official capacity for the District of Columbia Board of Elections as Member,<br><br>Defendants. | CASE NO: 1:25-cv-04403<br><br><br><br>NOTICE OF ERRATA RE: COMPLAINT AND CIVIL COVER SHEET AMENDMENTS |

### NOTICE OF ERRATA RE: COMPLAINT, MOTION, AND MEMORANDUM OF SUPPORT

      Plaintiff United States of America gives notice that the Complaint filed on December 18, 2025 (Dkt.1) and the Civil Cover Sheet. The caption within the Complaint was lacking an address under Plaintiff's name. The Civil Cover Sheet required signature change. The correct documents are refiled herewith to resolve the error.

DATED: December 19, 2025                           Respectfully submitted,

                                                         HARMEET K. DHILLON
                                                         Assistant Attorney General
                                                         Civil Rights Division

                                                         */s/  Megan Frederick*
                                                         BRITTANY E. BENNETT
                                                         MEGAN FREDERICK
                                                         Trial Attorneys, Voting Section
                                                         Civil Rights Division
                                                         U.S. Department of Justice
                                                          4 Constitution Square
                                                         150 M Street NE, Room 8.137
                                                         Washington, D.C. 20002
                                                         Telephone: (202) 304-2927
                                                         Email: Megan.Frederick@usdoj.gov

### CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                        /s/ *Brittany E. Bennett*
                                                    Megan Frederick
                                                    Brittany E. Bennett
                                                    Trial Attorneys, Voting Section
                                                    Civil Rights Division
                                                    U.S. Department of Justice
                                                    4 Constitution Square
                                                    150 M Street NE, Room 8.141
                                                    Washington, D.C. 20002
                                                    Telephone: (202) 304-2927
                                                    Email: Brittany.bennett@usdoj.gov