AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| The United States of America<br><br>*Plaintiff(s)*<br><br>v.<br><br>DISTRICT OF COLUMBIA BOARD OF ELECTIONS;<br>MONICA H. EVANS, in her Official Capacity as<br>Executive Director for the District of Columbia Board<br>of Elections Chair and Member, et al.<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-04403-RDM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Monica H. Evans
1015 Half St SE #750, Washington, DC 20003
(202) 727-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Frederick, Trial Attorney
4-CON
150 M Street, NE Suite 8.137
Washington, D.C.  20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/19/2025



/s/ Hannah Norton

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| The United States of America<br><br>*Plaintiff(s)*<br><br>v.<br><br>DISTRICT OF COLUMBIA BOARD OF ELECTIONS;<br>MONICA H. EVANS, in her Official Capacity as<br>Executive Director for the District of Columbia Board<br>of Elections Chair and Member, et al.<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-04403-RDM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Karyn Greenfield
1015 Half St SE #750, Washington, DC 20003
(202) 727-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Frederick, Trial Attorney
4-CON
150 M Street, NE Suite 8.137
Washington, D.C.  20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/19/2025



/s/ Hannah Norton
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| The United States of America | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:25-cv-04403-RDM |
| DISTRICT OF COLUMBIA BOARD OF ELECTIONS; MONICA H. EVANS, in her Official Capacity as Executive Director for the District of Columbia Board of Elections Chair and Member, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gary Thompson
1015 Half St SE #750, Washington, DC 20003
(202) 727-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Megan Frederick, Trial Attorney
4-CON
150 M Street, NE Suite 8.137
Washington, D.C. 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/19/2025

/s/ Hannah Norton
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

The United States of America

*Plaintiff(s)*

v.  Civil Action No. 1-25-CV-04403-RDM

DISTRICT OF COLUMBIA BOARD OF ELECTIONS;
MONICA H. EVANS, in her Official Capacity as
Executive Director for the District of Columbia Board
of Elections Chair and Member, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attorney General Brian L. Schwalb
400 6th Street, NW
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Frederick, Trial Attorney
4-CON
150 M Street, NE Suite 8.137
Washington, D.C. 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/19/2025

/s/ Hannah Norton
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| The United States of America<br><br>*Plaintiff(s)*<br><br>v.<br><br>DISTRICT OF COLUMBIA BOARD OF ELECTIONS; MONICA H. EVANS, in her Official Capacity as Executive Director for the District of Columbia Board of Elections Chair and Member, et al.<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-04403-RDM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mayor Muriel Bowser
1350 Pennsylvania Ave., NW
Washington, DC 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Frederick, Trial Attorney
4-CON
150 M Street, NE Suite 8.137
Washington, D.C. 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/19/2025

/s/ Hannah Norton
*Signature of Clerk or Deputy Clerk*