HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

MEGAN FREDERICK
BRITTANY E. BENNETT
Trial Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4CON – Room 8.137
150 M Street NE
Washington, D.C. 20002
Telephone: (202) 304-2927
Email: Megan.Frederick@usdoj.gov
Attorneys for Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA BOARD OF ELECTIONS; MONICA H. EVANS, in her Official Capacity as Executive Director for the District of Columbia Board of Elections; GARY THOMPSON, in his official capacity for the District of Columbia Board of Elections as Chair and Member; and KARYN GREENFIELD, in her official capacity for the District of Columbia Board of Elections as Member,<br><br>Defendants. | CASE NO: 1:25-cv-04403<br><br><br><br>NOTICE OF NO POSITION ON THE DC/MARYLAND ALLIANCE FOR RETIRED AMERICANS MOTION TO INTERVENE |

## NOTICE OF NO POSITION ON DC/MARYLAND ALLIANCE FOR RETIRED AMERICANS MOTION TO INTERVENE

On December 21, 2025, the DC/Maryland Alliance for Retired Americans filed their Motion to Intervene, with supporting documents.  (Doc. No. 9 with four attachments.)

The United States of America notifies the Court that it takes no position on the Proposed Intervenors' Motion to Intervene.

DATED: December 22, 2025                            Respectfully submitted,


                                                    HARMEET K. DHILLON
                                                    Assistant Attorney General
                                                    Civil Rights Division


                                                    /s/   *Megan Frederick*
                                                    MEGAN FREDERICK (VA Bar No. 79682)
                                                    BRITTANY E. BENNETT
                                                    Trial Attorneys, Voting Section
                                                    Civil Rights Division
                                                    U.S. Department of Justice
                                                    4 Constitution Square
                                                    150 M Street NE, Room 8.137
                                                    Washington, D.C. 20002
                                                    Telephone: (202) 304-2927
                                                    Email: Megan.Frederick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Megan Frederick*
Megan Frederick
Brittany E. Bennett
Trial Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.137
Washington, D.C. 20002
Telephone: (202) 304-2927
Email: Megan.Frederick@usdoj.gov