HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

MEGAN FREDERICK
BRITTANY E. BENNETT
Trial Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4CON – Room 8.137
150 M Street NE
Washington, D.C. 20002
Telephone: (202) 304-2927
Email: Megan.Frederick@usdoj.gov
Attorneys for Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA BOARD OF ELECTIONS; MONICA H. EVANS, in her Official Capacity as Executive Director for the District of Columbia Board of Elections; GARY THOMPSON, in his official capacity for the District of Columbia Board of Elections as Chair and Member; and KARYN GREENFIELD, in her official capacity for the District of Columbia Board of Elections as Member,<br><br>Defendants. | CASE NO: 1:25-cv-04403<br><br><br>NOTICE: NO POSITION ON THE COMMON CAUSE et, al. MOTION TO INTERVENE |

## NOTICE OF NO POSITION ON COMMON CAUSE, RUTH GOLDMAN, AND CHRIS MELODY FIELDS MOTION TO INTERVENE

On December 26, 2025, Common Cause, Ruth Goldman and Chris Melody Fields, collectively "Proposed Intervenors" filed a Motion to Intervene, with supporting documents. (Doc. No. 12 with attachments.)

The United States of America notifies the Court that it takes no position on the Proposed Intervenors' Motion to Intervene.

DATED: January 8, 2026                                    Respectfully submitted,


HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division


/s/ *Megan Frederick*
MEGAN FREDERICK (VA Bar No. 79682)
BRITTANY E. BENNETT
Trial Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.137
Washington, D.C. 20002
Telephone: (202) 304-2927
Email: Megan.Frederick@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on January 8, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Megan Frederick*
Megan Frederick
Brittany E. Bennett
Trial Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.137
Washington, D.C. 20002
Telephone: (202) 304-2927
Email: Megan.Frederick@usdoj.gov