# EXHIBIT A

**DECLARATION OF ISABELLA BRONSTEIN**

Pursuant to 28 U.S.C. § 1746, I, Isabella Bronstein, declare as follows:

1.      I am over 18 years old and am otherwise competent to testify. I have personal knowledge of the matters in this declaration, and I would testify thereto if I were called as a witness in Court.

2.      I have lived in Washington, DC since September 2015, and I have been a registered voter in the District of Columbia for the majority of that time.

3.      I am a member of Common Cause. As a full-time member of Common Cause's staff, I currently serve as Senior Campaigns Director. I have served in this role and a substantially similar role since 2019 and have been a member of Common Cause's staff since 2015.

4.      Common Cause's mission is to uphold the core values of American democracy by creating an open, honest, and accountable government that serves the public interest, promotes equal rights, opportunity, and representation for all, and empowers people to make their voices heard in the political process.  Common Cause believes the right to vote is the cornerstone of a functioning democracy. We are committed to ensuring that every District voter can register and cast their ballot.

5.      As part of my role, I organize Common Cause member actions and mobilizations in the District of Columbia, at least five to ten events per year. I engage with members of the community, mutual aid organizations, immigrant groups, and voting rights organizations, among others. These actions have focused on issues before the DC City Council, such as restoration of voting rights and public campaign financing, as well as at the federal level, such as the Freedom to Vote Act and the John Lewis Voting Rights Act.

6.      Beyond organizing actions and mobilizations, I have also advocated directly for changes to DC law and policy, including by testifying before the District

of Columbia City Council. In 2020, I was part of a coalition that successfully sought an amendment to District voting laws that restored the voting rights of individuals incarcerated for felonies.

7. During many of our mobilization efforts in the District of Columbia, we offer individuals in attendance the opportunity to register to vote. In advance of these mobilizations, I train volunteers on how to register and update the registration of eligible voters they encounter on the street. We do not capture data on the number of voters who register or update their registration with our volunteers.

8. Common Cause also conducts digital outreach to District of Columbia voters. On National Voter Registration Day, Common Cause members in the District received notices from us urging them to register to vote and/or to verify their registration status, and many did. In 2024, these notices went to 2,290 DC residents in our database. We also have a tool embedded in our website for the District of Columbia that allows individuals to register to vote or verify their voter registration status with the DC Board of Elections. Since we added the tool, 25 people have registered to vote in the District, and 197 users have verified their voter registration status.

9. Based on my experience of more than a decade interacting with Common Cause members and working on voter mobilization—and given what I have heard from voters about how federal overreach has chilled their political participation—I believe that the federal government's demand for the District's voter rolls is likely to chill political participation among our members.

10. During our voter registration work, we frequently hear hesitation from potential voters considering whether to register. I, along with our staff and volunteers, have long heard concerns from potential voters that the District government might not be able to protect their information from the federal government, given the unique federal authority over the District. These fears have

intensified over the past year. Individuals we have spoken with have cited federal moves against DC Home Rule, including the patrols of federal agents on DC streets. They have also cited the work of the Department of Government Efficiency, raising concerns that their sensitive information may be improperly handled or used by artificial intelligence tools in ways that compromise its safety.

11.    My voter engagement work has included extensive engagement with immigrant communities and communities of individuals impacted by the criminal justice system. In these communities, I have found that the fears about safety and accuracy of voter information are heightened. For example, I have spoken with naturalized citizens and citizens from immigrant families who are hesitant to exercise their right to vote because they fear that their data may be used to target family members or friends who lack legal immigration status. I have also spoken with formerly incarcerated individuals who—even after being informed of their eligibility to vote under DC law—decline to register because they fear that government clerical errors might result in voter challenges or investigations for illegal voting.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 24th day of February 2026, in Washington, DC.

Isabella Bronstein
Senior Campaigns Director of Common Cause