**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO: 1:25-cv-04403 (RDM) |
| Plaintiff, | |
| v. | |
| DISTRICT OF COLUMBIA BOARD OF ELECTIONS; MONICA H. EVANS, in her Official Capacity as Executive Director for the District of Columbia Board of Elections; GARY THOMPSON, in his official capacity for the District of Columbia Board of Elections as Chair and Member; and KARYN GREENFIELD, in her official capacity for the District of Columbia Board of Elections as Member, | MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |
| Defendants. | |

## CONSENT MOTION TO WITHDRAW AS COUNSEL

Please take notice that Attorney Megan Frederick moves for leave to withdraw her appearance as counsel on behalf of Plaintiff, United States of America.  The United States will continue to be represented by Attorney Brittany Bennett and consents to this Motion.

Further, please take notice Attorney Frederick requests to be removed from the docket and electronic serve list for this case.

Dated:  March 17, 2026                              Respectfully submitted,


                                                    */s/ Megan Federick*
                                                    MEGAN FREDERICK
                                                    Trial Attorney
                                                    Civil Rights Division
                                                    4 Constitution Square
                                                    150 M Street
                                                    Washington, D.C. 20002
                                                    megan.frederick@usdoj.gov
                                                    Tel. (202) 304-2927




## CERTIFICATE OF SERVICE

    I hereby certify that on March 17, 2026, a true and correct copy of the foregoing

document was served via the Court's ECF system to all counsels of record.




                                                    */s/ Megan Federick*
                                                    MEGAN FREDERICK
                                                    Trial Attorney
                                                    Civil Rights Division
                                                    4 Constitution Square
                                                    150 M Street
                                                    Washington, D.C. 20002
                                                    megan.frederick@usdoj.gov
                                                    Tel. (202) 304-2927