**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 1:25-cv-04403-RDM |
| **MONICA H. EVANS,** *et al.,* | |
| **Defendants.** | |

## ORDER

Upon consideration of Plaintiffs Motion to Compel Production (Plaintiffs Motion),

Defendants' Cross-Motion to Dismiss Plaintiffs Complaint (Defendants' Motion), any

oppositions and replies, and the entire record, it is:

**ORDERED** that Plaintiffs Motion is **GRANTED;** and it is further

**ORDERED** that Defendants' Motion is **DENIED.**

**SO ORDERED.**

Date: _____

_____
Hon. Randolph D. Moss
United States District Court for the District of Columbia