# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

          Plaintiff,

          v.

MONICA H. EVANS, *et al.*,

          Defendants.

Case No. 1:25-cv-04403-RDM

## MOTION FOR LEAVE TO FILE COMBINED RESPONSE TO SUPPLEMENTAL AUTHORITIES (Dkt. 62 and, partially, Dkt. 56)

The United States respectfully requests leave of court to file a combined response to the citation of supplemental authorities by Intervenor Maryland/DC Alliance for Retired Americans (Dkt. 62) and to supplemental authorities first cited in the Reply Brief in Support of the Motion to Dismiss by Executive Director Evans (Dkt. 56). The defendants and intervenors take no position on the United States' motion for leave.

The Intervenors provide notice of *United States v. Fontes*, Case No. 2:26-cv-00066 (D. Ariz. Apr. 28, 2026). *See* Dkt. 62. Director Evans' final Reply Brief included citation to two other new district court cases. *See* Dkt. 56, citing *United States v. Amore*, 2026 WL 1040637, at *5 (D.R.I. Apr. 17, 2026) and *United States v. Galvin*, No. 25-13816, 2026 WL 972129, at *3 (D. Mass. Apr. 9, 2026).

These three cases were decided after the United States filed its Combined Response to all pending motions (Dkt 54). Therefore, the United States respectfully requests leave of court to file a combined response to all three supplemental authorities.

Dated May 4, 2026,    HARMEET K. DHILLON
Assistant Attorney General

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General

ERIC V. NEFF
Acting Chief, Voting Section

/s/ Joseph W. Voiland
Joseph W. Voiland
Jake T. Bachand
Civil Rights Division
150 M Street
Washington, D.C. 20002
(202) 353-5318
joseph.voiland@usdoj.gov