# Exhibit 1

would just emphasize that *Powell* is not limited to the IRS context. Counsel for the United States again tried to kind of limit that to just IRS proceedings, but the Second Circuit has applied the *Powell* analysis outside of the IRS. Those cases are at Footnote 18 of our brief, kind of collecting how *Powell* has been applied outside the IRS.

THE COURT: Thank you.

MR. ABBUHL: Just a few clean-up points, Your Honor.

Counsel for the United States mentioned how they had seen data that was suggestive that certain states were not following HAVA. Be that as it may, whether that's true or not, it was not in the demand letter itself, which is, again, what is required by the Civil Rights Act and probably just the most straightforward and easy way to resolve this case, since there was no basis about those facts stated in the demand letter.

THE COURT: Let me ask you.

MR. ABBUHL: Please.

THE COURT: If I agree with you and I find the December 12th letter does not meet the requisites for a court order, aren't we just back here in six months after a new letter has been sent?

MR. ABBUHL: I have no idea, Your Honor, because the point of that letter is that it forces DOJ to articulate particular facts that suggest they do have a legitimate