**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 1:25-cv-04403-RDM** |
| **MONICA H. EVANS,** *et al.*, | |
| **Defendants.** | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants District of Columbia Board of Elections, Monica Evans, Gary Thompson, and Karyn Greenfield submit this response to Plaintiff's Notice of Supplemental Authority, Dkt. 65, offering a May 12, 2026 opinion from the Department of Justice's Office of Legal Counsel (OLC) as support for Plaintiff's arguments in this case. For the reasons stated in Intervenor-Defendants' Responses to Plaintiff's Notice of Supplemental Authority, Dkt. 66, 67, the OLC opinion has little, if any, relevance or value to the Court's consideration of the pending motions.

Date: May 19, 2026.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Amanda C. Pescovitz*
AMANDA C. PESCOVITZ [1735780]
Assistant Attorney General
Civil Litigation Division

400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7495
Email: amanda.pescovitz1@dc.gov

*Counsel for Defendants*