IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> DISTRICT OF COLUMBIA BOARD OF ELECTIONS; MONICA H. EVANS, in her Official Capacity as Executive Director for the District of Columbia Board of Elections; GARY THOMPSON, in his official capacity for the District of Columbia Board of Elections as Chair and Member; and KARYN GREENFIELD, in her official capacity for the District of Columbia Board of Elections as Member, <br><br> *Defendants*, <br><br> MARYLAND/DC ALLIANCE FOR RETIRED AMERICANS, <br><br> *Intervenor-Defendant,* <br><br> COMMON CAUSE, RUTH GOLDMAN, and CHRIS MELODY FIELDS, <br><br> *Intervenor-Defendants.* | Civil Action No. 25-cv-4403 (RDM) |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MARYLAND/DC ALLIANCE FOR RETIRED AMERICANS' MOTION TO DISMISS**

Intervenor-Defendant Maryland/DC Alliance for Retired Americans respectfully provides the Court notice of supplemental authority supporting its pending Motion to Dismiss, Dkt. 59, and Response in Opposition to Motion to Compel, Dkt. 60. Three additional federal courts—this time in Virginia, New Mexico, and Connecticut—have dismissed DOJ's parallel suits seeking unredacted statewide voter registration lists ("SVRL"). *See United States v. Koski*, No. 3:26CV42 (RCY), 2026 WL 2032532 (E.D. Va. July 14, 2026); *United States v. Oliver*, No. 1:25-cv-01193-

JCH-JFR, 2026 WL 2031479 (D.N.M. July 14, 2026); Slip op., *United States v. Thomas,* No. 3:26-cv-00021-KAD (D. Conn. July 17, 2026), ECF No. 109 (attached as Exhibit A).

In DOJ's parallel suits seeking Virginia's and Connecticut's statewide voter lists, the district courts dismissed DOJ's complaints on the grounds that a statewide voter registration list is not a document subject to production under Title III of the Civil Rights Act of 1960 ("CRA"), because it does not "come into [the] possession" of state election officials, as that phrase is used in the CRA. *Koski*, 2026 WL 2032532, at *4; Ex. A, Slip op., *Thomas*, at 12; *see also* Dkt. 59-1 at 17–18 (advancing the argument that the District of Columbia's SVRL is not a "record" as defined in Title III); Dkt. 57 at 15 n.5 (same).

The district court hearing DOJ's parallel suit seeking New Mexico's statewide voter registration list dismissed the complaint on the grounds that DOJ's demand letter "lack[ed] an identifiable 'basis,'" as required by the CRA. *Oliver*, 2026 WL 2031479, at *10; *see* Dkt. 59-1 at 15–16 (arguing that DOJ's demand for the District of Columbia's SVRL lacks any basis); Dkt. 57 at 10–14 (same). The court further held that DOJ was required to provide a sufficient basis and purpose in one written demand, which it failed to do, and that DOJ could not cure its deficient demand. *Oliver*, 2026 WL 2031479, at *9, *10 n.19; *see* Dkt. 57 at 14 (arguing the same).

2

Dated: July 17, 2026

Respectfully submitted,

*/s/ Lalitha D. Madduri*
Lalitha D. Madduri (DC 1659412)
Jacob D. Shelly (DC 90010127)
Kevin R. Kowalewski (DC 90045467)
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 948-1135
lmadduri@elias.law
jshelly@elias.law
kkowalewski@elias.law

*Counsel for Intervenor-Defendant the
Maryland/DC Alliance for Retired Americans*