**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| UNITED STATES OF AMERICA, |
| *Plaintiff*, |
| v. |
| MONICA H. EVANS, *et al.*, |
| *Defendants*. |

Civil Action No. 25-4403 (RDM)

## ORDER

For the reasons explained in the Court's memorandum opinion, Dkt. 80, it is hereby

**ORDERED** that Plaintiff's motion to compel, Dkt. 2, is **DENIED** and that this case is

**DISMISSED.**  It is further **ORDERED** that Defendants' and Defendant-Intervenors' motions to

dismiss, Dkts. 41, 58, 59, are **DENIED** as **MOOT**.

This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of

the Federal Rules of Civil Procedure.  The Clerk of Court is directed to terminate the case.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  August 6, 2026